Catherine L. Deter (State Bar No. 297680)
cdeter@wshblaw.com
Annaliz L. Loera (State Bar No. 334129)
aloera@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
6A Liberty Street, Suite 200
Aliso Viejo, California 92656
Phone: 949.757.4500 ♦ Fax: 949.757.4550

Attorneys for Defendants SUNSTRONG
MANAGEMENT LLC, JUNIPER 1
RESIDENTIAL SOLAR, LLC, and
LAUNCH SERVICING, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DALTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR, LLC, SIMM ASSOCIATES, INC., LAUNCH SERVICING, LLC, and DOES 1 through 10, inclusive,,<br><br>　　　　Defendant. | Case No. 3:25-cv-01960-W-VET<br><br>**NOTICE OF WITHDRAWAL**<br><br>The Hon. Thomas J. Whelan<br><br>Trial Date:　　　None Set |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD**, please take notice that Defendants SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR, LLC, and LAUNCH SERVICING, LLC (collectively "Defendants") hereby withdraws their Stipulated Protective Order (Docket 17) from this Court's docket without prejudice. Due to a clerical error, the wrong version of the Protective Order was filed.

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

Defendants will be submitting the correct version of the Protective Order shortly.

DATED:  February 6, 2026          WOOD, SMITH, HENNING & BERMAN LLP


By: _____

          CATHERINE L. DETER
          ANNALIZ L. LOERA
Attorneys for Defendants SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR, LLC, and LAUNCH SERVICING, LLC (collectively, "SunStrong Defendants").

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

## PROOF OF SERVICE

**Dalton, Melissa v. Sunstrong Management, LLC**
**Case No. 3:25-cv-01960-W-VET**

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 6A Liberty Street, Suite 200, Aliso Viejo, CA 92656.

On February 6, 2026, I served the following document(s) described as **NOTICE OF WITHDRAWAL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 6, 2026, at Aliso Viejo, California.

_____
Carmen R. Vargas

41756720.1:12988-0006                    -1-                    Case No. 3:25-cv-01960-W-VET

**SERVICE LIST**
**Dalton, Melissa v. Sunstrong Management, LLC**
**Case No. 3:25-cv-01960-W-VET**

Octavio Cardona-Loya II, Esq.
Golden & Cardona-Loya, LLP
3130 Bonita Rd., Suite 200B
Chula Vista, CA 91910
Tel: (619) 476-0030 / Fax: (775) 898-5471
Email: vito@goldencardona.com
**Attorneys for Plaintiff, MELISSA DALTON**

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ◆ FAX 949.757.4550