Octavio Cardona-Loya II (SBN 255309)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DALTON, | ) Case No.: 3:25-cv-01960-W-VET |
| | ) |
| Plaintiff, | ) **Joint Motion to Dismiss Defendant Simm** |
| | ) **Associates, Inc. Only With Prejudice** |
| v. | ) |
| | ) |
| SUNSTRONG MANAGEMENT LLC; | ) |
| JUNIPER 1 RESIDENTIAL SOLAR, | ) |
| LLC; SIMM ASSOCIATES, INC.; | ) |
| LAUNCH SERVICING, LLC; and DOES | ) |
| 1 through 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE IS HEREBY GIVEN THAT:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties hereby jointly move to dismiss defendant Simm Associates, Inc. only, with prejudice.

This dismissal shall not apply to the pending claims against any other named Defendants.

////

////

Date: March 10, 2026                          /s/ Octavio Cardona-Loya II
                                              Octavio Cardona-Loya II
                                              Attorney for Plaintiff Melissa Dalton


Date: March 10, 2026                          /s/ Graeme E. Hogan
                                              Graeme E. Hogan, Esq.
                                              Attorneys for Defendant Simm Associates, Inc.


## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Graeme E. Hogan, and that I have obtained his authorization to affix his electronic signature to this document.


Date: March 10, 2026                          /s/ Octavio Cardona-Loya II
                                              Octavio Cardona-Loya II
                                              Attorney for Plaintiff Melissa Dalton