Catherine L. Deter (State Bar No. 297680)
cdeter@wshblaw.com
Annaliz L. Loera (State Bar No. 334129)
aloera@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
6A Liberty Street, Suite 200
Aliso Viejo, California 92656
Phone: 949.757.4500 ♦ Fax: 949.757.4550

Attorneys for Defendants SUNSTRONG
MANAGEMENT LLC, JUNIPER 1
RESIDENTIAL SOLAR,  LLC, and
LAUNCH SERVICING,  LLC

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DALTON,<br><br>        Plaintiff,<br><br>    v.<br><br>SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR, LLC, SIMM ASSOCIATES, INC., LAUNCH SERVICING, LLC, and DOES 1 through 10, inclusive,,<br><br>        Defendant. | Case No. 3:25-cv-01960-W-VET<br><br>**JOINT MOTION AND STIPULATION TO EXTEND DISCOVERY CUTOFF**<br><br>The Hon. Thomas J. Whelan<br><br>DISCOVERY MATTER ASSIGNED TO MAGISTRATE JUDGE HON. VALERIE E. TORRES<br><br>Trial Date:        None Set |

**TO THIS HONORABLE COURT:**

Plaintiff MELISSA DALTON ("Plaintiff") and Defendants SUNSTRONG MANAGEMENT LLC, JUNIPER 1 RESIDENTIAL SOLAR, LLC, and LAUNCH SERVICING, LLC ("Defendants") (collectively the "Parties"), by and through their respective attorneys of record, hereby submit the following Joint Motion and Stipulation to Extend Discovery Cutoff ("Motion"), pursuant to Federal Rules of Civil Procedure 6(b) and 26(a), and Civil Local Rules 7.2:

1. On June 27, 2023, Plaintiff filed her Complaint in the San Diego Superior Court.

2. On July 31, 2025, the case was removed to the Southern District of the United States District Court by another named defendant.

3. On November 4, 2025, the Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings ("Scheduling Order") was issued by the Court.

4. The Scheduling Order set the cutoff for fact discovery to be completed by May 5, 2026.

5. The Parties have met and conferred and agreed to a brief discovery cutoff extension to July 15, 2026 for the remaining defendants to complete their second supplemental responses and for the Parties to complete depositions.

6. The extension requested herein is not for the purposes of delay and will not result in any prejudice to the Parties or to the Court;

7. This is the Parties' **first request for a continuance** of extensions to the Scheduling Order;

8. The Request is not opposed.

9. The Request will not affect the other dates in the Scheduling Order.

10. The Parties respectfully submit that there is good cause to grant the Request, as follows:

11. "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. [citation] The good cause standard focuses on the diligence of the party seeking to extend deadlines and the reasons for seeking the modification. [citation] Therefore, 'a party demonstrates good cause by acting diligently to meet the original deadlines set forth by the court.'"(*Fireman's Fund Ins. Co. v. Electrolux Home Prods., Inc.,* No. 3:23-CV-01847-CAB-AHG, 2024 WL 947792, at *1 (S.D. Cal. Feb. 6, 2024)).

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

12. Lead counsel for Defendants will be out of office for most of June, and therefore, the brief extension will allow sufficient time to accommodate counsel's impacted schedule.

13. The Parties jointly agreed to the brief extension to complete fact discovery and depositions.

12. Therefore, the Parties respectfully request that the Court extend the discovery cutoff to July 15.

Respectfully submitted,

DATED: May 7, 2026              WOOD, SMITH, HENNING & BERMAN LLP


By: ___/s/ *Annaliz L. Loera*___
        CATHERINE L. DETER
        ANNALIZ L. LOERA
Attorneys for Defendants SUNSTRONG
MANAGEMENT LLC, JUNIPER 1
RESIDENTIAL SOLAR, LLC, and LAUNCH
SERVICING, LLC


DATED: May 7, 2026              GOLDEN & CARDONA-LOYA LLP


By: ___/s/ *Octavio Cardona-Loya II*___
        OCTAVIO CARDONA-LOYA II
Attorneys for Plaintiff, MELISSA DALTON

**SIGNATURE CERTIFICATION**

I, Annaliz L. Loera, am the ECF User whose ID and password are being used to file this Joint Motion and Stipulation Extending Discovery Cutoff. Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Octavio Cardona-Loya II, Counsel for Plaintiff, and I have obtained Mr. Cardona-Loya's authorization to affix his signature to this document.

By: _/s/ Annaliz L. Loera_
Annaliz L. Loera

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ♦ FAX 949.757.4550

**<u>PROOF OF SERVICE</u>**

**Dalton, Melissa v. Sunstrong Management, LLC**
**Case No. 3:25-cv-01960-W-VET**

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 6A Liberty Street, Suite 200, Aliso Viejo, CA 92656.

On May 7, 2026, I served the following document(s) described as **JOINT MOTION AND STIPULATION TO EXTEND DISCOVERY CUTOFF** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 7, 2026, at Aliso Viejo, California.



Carmen R. Vargas

**SERVICE LIST**
**Dalton, Melissa v. Sunstrong Management, LLC**
**Case No. 3:25-cv-01960-W-VET**

Octavio Cardona-Loya II, Esq.
Golden & Cardona-Loya, LLP
3130 Bonita Rd., Suite 200B
Chula Vista, CA 91910
Tel: (619) 476-0030 / Fax: (775) 898-5471
Email: vito@goldencardona.com
**Attorneys for Plaintiff, MELISSA DALTON**

<div style="writing-mode: vertical-lr">WOOD, SMITH, HENNING & BERMAN LLP
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949.757.4500 ◆ FAX 949.757.4550</div>

43218812.1:12988-0006                          -2-                          Case No. 3:25-cv-01960-W-VET